

# THE THIRTEENTH COURT OF APPEALS

## 13-11-00663-CV

ROBERT J. MATTINE
v.
BEAKLEY & ASSOCIATES, P.C. AND JOHN W. BEAKLEY

On appeal from the
359th District Court of Montgomery County, Texas
Trial Cause No. 09-10-09483-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and the cause REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

July 19, 2018